PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>William B. Martin</u>   Case Number: <u>3:07-00139</u>

Name of Judicial Officer: <u>The Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>February 25, 2008</u>

Original Offense: <u>18 U.S.C. § 922 (g)(1) Felon in Possession of a Firearm</u>

Original Sentence: <u>66 months' custody; 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>June 18, 2012</u>

Assistant U.S. Attorney: <u>Philip Wehby</u>   Defense Attorney: <u>Douglas Thoresen</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 9th day of October, 2012,
and made a part of the records in the above case.

_Thomas A. Wiseman, Jr._
Thomas A. Wiseman, Jr.
Senior U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_Joshua Smith_
Joshua Smith
U. S. Probation Officer

Place   Nashville, Tennessee

Date   September 24, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **The defendant shall refrain from unlawful use of a controlled substance.**

   On September 4, 2012, during a random drug test, Mr. Martin submitted a urine sample that tested positive for Cocaine and Marijuana. He denied using either drug. The lab confirmed the positive results. On September 25, 2012, Mr. Martin submitted a urine sample that tested presumptively positive for Cocaine and Marijuana. He again denied using either substance.

**Compliance with Supervision Conditions and Prior Interventions:**

While in custody of the Bureau of Prisons, Mr. Martin completed the 500 hour Residential Drug Abuse Program for substance abuse. He began supervision on June 18, 2012. He has remained employed full-time with Southern Steak and Oyster as a cook. Prior to September 4, 2012, he had submitted eight negative drugs tests. Following his recent positive drug tests, Mr. Martin denied knowingly using either drug but admitted that drug use had been taking place at his residence. He has since moved in order to remove himself from the environment. He has been referred for substance abuse treatment as a result of the positive drug tests. He has been reprimanded and advised that further noncompliance could result in sanctions by the Court.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time and Mr. Martin be allowed to continue on supervised release to take advantage of outpatient substance abuse treatment.

The U. S. Attorney's Office had been notified and concurs with this recommendation.

Approved: _____
  Britton Shelton
  Supervisory U.S. Probation Officer