IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:07-00139 |
|  | ) | Chief Judge Haynes |
| WILLIAM B. MARTIN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER

The revocation hearing in this action is **re-set for Friday, February 8, 2013 at 10:30 a.m.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court