IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:07-00139 |
| | ) Chief Judge Haynes |
| WILLIAM B. MARTIN | ) |

## AGREED ORDER

This case came to be heard on August 9, 2013, on a petition to revoke the defendant's supervised release. By agreement of counsel, and for good cause shown, Mr. Martin was advised by the Court of his right to a hearing on these violations. Mr. Martin admitted the violations. Consequently, IT IS HEREBY ORDERED that William B. Martin's supervised release is hereby REVOKED, and he is sentenced to a period of incarceration of nine (9) months in the custody of the Bureau of Prisons. Upon completion of the service of this sentence, no supervised release will follow, and supervised release will be terminated. This Court recommends that William B. Martin receive credit for the time spent incarcerated awaiting hearing on this petition.

Entered this the 15th day of August, 2013.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE, U.S. DISTRICT COURT

Approved for Entry:

/s/ C. Douglas Thoresen
C. DOUGLAS THORESEN

/s/ Clay T. Lee by permission
CLAY T. LEE
Assistant United States Attorney